DANTE A. BALDACCINI *v.* FRANK V. BORRELLI

The motion by the defendant to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Robert L. Trowbridge,* for the appellee (defendant).

*D. Thomas Condon,* for the appellant (plaintiff).

Argued June 6—decided June 6, 1972